Leonard M. Shulman – Bar No. 126349
Lynda T. Bui – State Bar No. 201002
Rika M. Kido – State Bar No. 273780
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: lshulman@shbllp.com; lbui@shbllp.com;
          rkido@shbllp.com

Attorneys for John P. Pringle,
Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:10-bk-23510-RN |
| **CROCKER LOGISTICS, INC.,** | Chapter  7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S CASE STATUS REPORT** |
| | **Status Conference** |
| | Date:   June 4, 2015 |
| | Time:   9:00  a.m. |
| | Place:  Courtroom 1645 |
| |              U.S. Bankruptcy Court |
| |              Edward R. Roybal Federal Building |
| |              255 East Temple Street |
| |              Los Angeles, CA 90012 |

1

**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\C-D\Crocker Logistics\Pld\Status Report 005.doc
4121-000/56

**TO THE HONORABLE RICHARD N. NEITER, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to the Court's Tentative Ruling for the Status Conference scheduled on December 15, 2014, John P. Pringle, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Crocker Logistics, Inc. ("Debtor") submits this Status Report and respectfully represents as follows:

**A.    Overview of Current Status of the Case**

    1.    The Litigation Claims

The principal assets of the Estate were two litigation claims which included: (1) claims against James I. Crocker and Cheryl B. Crocker (the "Crockers") for breach of fiduciary duty, rescission and/or subordination of secured claim and conspiracy to defraud; and (2) claims against Pacific Mountain Logistics, LLC ("PML") for the fraudulent transfer of the Debtor's business as well as conspiracy to defraud. Both claims have been settled.

The settlement with the Crockers resulted in the withdrawal of a super-priority claim of over $325,000.00 by Mr. Crocker and a payment to the Estate in the amount of $45,000.00.

The settlement with PML resulted in total payments to the Estate in the amount of $435,829.99 (PML also received a credit of $25,000.00 that it paid Mr. Crocker before the Trustee was involved and unraveled the deal between Mr. Crocker and PML). PML made its final settlement payment to the Estate in the amount of $8,223.03 on November 1, 2014.

    2.    Administrative Claims to be Paid

This is a converted Chapter 11 bankruptcy so there are administrative expenses for Chapter 11 as well as Chapter 7. The Trustee has completed his review of the Chapter 11 administrative expenses and determined that further objections need to be filed. The claimants alleging they have priority claims for Chapter 11 administrative expenses have not complied with Section 503(b) of the Bankruptcy Code. The Court has entered orders (Docket Nos. 189 and 297) to allow $105,621.61 in administrative expenses.

As for the Chapter 7, administrative claims which remain to be paid are professional fees, including attorneys' fees, accounting fees and the trustee's fees.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\C-D\Crocker Logistics\Pld\Status Report 005.doc
4121-000/56

3. Claim Objections

The Trustee has reviewed all of the extraordinary claims. The Trustee, through his counsel, prepared objections where appropriate, which were filed with the Court. At this time, the Trustee, through his counsel, is preparing objections to the claims which assert a priority status as Chapter 11 administrative expenses. The Trustee intends to file these claim objections by early June.

B. **Any Other Issues Remaining that Prevent the Trustee From Filing a Final Report and Account**

Before this case may be closed, the following tasks must be completed:

1. Preparation of and filing of objections to priority claims for alleged Chapter 11 administrative expenses.

2. Other tasks as might be determined.

Based on the foregoing, and assuming the objections to the priority claims asserting administrative costs are resolved by mid-July, the Trustee anticipates submitting his final report to the United States Trustee's Office by the end of September. Therefore, most likely a hearing on the final report will be scheduled by the end of the year.

Respectfully submitted,

Dated: May 20, 2015

John P. Pringle, Chapter 7 Trustee
for the bankruptcy estate of Crocker Logistics, Inc.

SHULMAN HODGES & BASTIAN LLP

 /s/ Rika M. Kido
Leonard M. Shulman
Lynda T. Bui
Rika M. Kido
Attorneys for John P. Pringle, Chapter 7 Trustee
for the bankruptcy estate of Crocker Logistics, Inc.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Z:\C-D\Crocker Logistics\Pld\Status Report 005.doc
4121-000/56

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8105 Irvine Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S CASE STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 21, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**COUNSEL FOR CHAPTER 7 TRUSTEE:** Lynda T Bui     lbui@shbllp.com
**INTERESTED PARTY:** Russell Clementson     russell.clementson@usdoj.gov, ruclement@yahoo.com
**INTERESTED PARTY:** James A Dumas     jdumas@dumas-law.com
**INTERESTED PARTY:** Marshall F Goldberg     mgoldberg@glassgoldberg.com
**FORMER COUNSEL FOR THE DEBTOR:** Peter F Jazayeri     peter@jaz-law.com
**COUNSEL FOR CHAPTER 7 TRUSTEE:** Rika Kido     rkido@shbllp.com, avernon@shbllp.com
**FORMER COUNSEL FOR THE DEBTOR:** Michael S Kogan     mkogan@koganlawfirm.com
**INTERESTED PARTY:** Byron Z Moldo     bmoldo@ecjlaw.com, lpekrul@ecjlaw.com
**CHAPTER 7 TRUSTEE:** John P Pringle (TR)     jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
**INTERESTED PARTY:**Martha E Romero     Romero@mromerolawfirm.com
**INTERESTED PARTY:**Scott A Schiff     sas@soukup-schiff.com
**INTERESTED PARTY:**Mark C Schnitzer     mschnitzer@rhlaw.com, mcschnitzer@gmail.com
**COUNSEL FOR CHAPTER 7 TRUSTEE:** Leonard M Shulman     lshulman@shbllp.com
**INTERESTED PARTY:**Kelly Singer     ksinger@ssd.com
**INTERESTED PARTY:**United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 21, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Judge's Copy** | **Debtor – Returned 10/25/11 Undeliverable** |
|---|---|
| Honorable Richard M. Neiter | ~~Crocker Logistics, Inc.~~ |
| United States Bankruptcy Court | ~~9275 Buffalo Avenue~~ |
| 255 E Temple Street, Suite 1652 | ~~Rancho Cucamonga, CA 91730~~ |
| Los Angeles, CA 90012-3332 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***Not Applicable***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2015 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**