JOHN P. PRINGLE, CHAPTER 7 TRUSTEE
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040
Telephone (323) 727-9589
Facsimile (323) 724-5410
johnppringle@earthlink.net

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CROCKER LOGISTICS, INC. | § | Case No. 2:10-bk-23510-RN |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOHN P. PRINGLE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING
255 E. TEMPLE STREET, ROOM 940
LOS ANGELES, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:30 a.m. on March 17, 2016, in Courtroom 1645, United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 02/05/2016                     By: John P. Pringle
                                                  Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re: §
§
§
CROCKER LOGISTICS, INC. §  Case No. 2:10-bk-23510-RN
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 585,758.56 |
| and approved disbursements of | $ | 107,495.95 |
| leaving a balance on hand of[1] | $ | 478,262.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOHN P. PRINGLE | $ 32,537.93 | $ 0.00 | $ 32,537.93 |
| Trustee Expenses: JOHN P. PRINGLE | $ 432.23 | $ 0.00 | $ 432.23 |
| Attorney for Trustee Fees: SHULMAN HODGES & BASTIAN LLP | $ 225,801.00 | $ 80,000.00 | $ 145,801.00 |
| Attorney for Trustee Expenses: SHULMAN HODGES & BASTIAN LLP | $ 8,904.42 | $ 2,137.52 | $ 6,766.90 |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY LLP | $ 14,500.00 | $ 0.00 | $ 14,500.00 |
| Accountant for Trustee Expenses: HAHN FIFE & COMPANY LLP | $ 603.00 | $ 0.00 | $ 603.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: U. S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 9,750.00 | $ 0.00 | $ 9,750.00 |
| Other: AARON COURON | $ 1,568.15 | $ 0.00 | $ 1,568.15 |
| Other: EMPLOYMENT DEVELOPMENT DEPT | $ 54.89 | $ 0.00 | $ 54.89 |
| Other: FRANCHISE TAX BOARD | $ 7,303.10 | $ 0.00 | $ 7,303.10 |
| Other: INTERNAL REVENUE SERVICE | $ 97.23 | $ 0.00 | $ 97.23 |
| Other: INTERNAL REVENUE SERVICE - SP | $ 55.67 | $ 0.00 | $ 55.67 |
| Other: INTERNATIONAL SURETIES LTD | $ 1,679.67 | $ 1,679.67 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 219,720.10

Remaining Balance    $ 258,542.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: ERVIN COHEN & JESSUP | $ 87,742.81 | $ 0.00 | $ 87,742.81 |
| Other: AARON COURON | $ 3,136.30 | $ 0.00 | $ 3,136.30 |
| Other: EMPLOYMENT DEVELOPMENT DEPT | $ 109.77 | $ 0.00 | $ 109.77 |
| Other: ERVIN COHEN & JESSUP | $ 2,642.50 | $ 0.00 | $ 2,642.50 |
| Other: INTERNAL REVENUE SERVICE | $ 194.45 | $ 0.00 | $ 194.45 |
| Other: INTERNAL REVENUE SERVICE - SP | $ 111.34 | $ 0.00 | $ 111.34 |
| Other: MPOWER COMMUNICATIONS CORP. | $ 6,078.56 | $ 0.00 | $ 6,078.56 |
| Other: O'DONNELL-OLTMANS RANCHO CUCAMONGA | $ 82,000.00 | $ 0.00 | $ 82,000.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: PRIORITY PERSONNEL SERVICES INC | $ 60,188.21 | $ 0.00 | $ 60,188.21 |
| Total to be paid for prior chapter administrative expenses | | | $ 242,203.94 |
| Remaining Balance | | | $ 16,338.57 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,017.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 72B | AARON COURON | $ 1,546.67 | $ 0.00 | $ 1,546.67 |
| auto | EMPLOYMENT DEVELOPMENT DEPT | $ 54.14 | $ 0.00 | $ 54.14 |
| auto | INTERNAL REVENUE SERVICE - SP | $ 54.91 | $ 0.00 | $ 54.91 |
| auto | INTERNAL REVENUE SERVICE | $ 95.89 | $ 0.00 | $ 95.89 |
| 17B | FRANCHISE TAX BOARD - SP | $ 1,265.77 | $ 0.00 | $ 1,265.77 |
| Total to be paid to priority creditors | | | | $ 3,017.38 |
| Remaining Balance | | | | $ 13,321.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,779,970.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | INTERNAL REVENUE SERVICE - SP | $ 56.43 | $ 0.00 | $ 0.42 |
| auto | INTERNAL REVENUE SERVICE | $ 98.56 | $ 0.00 | $ 0.74 |
| auto | EMPLOYMENT DEVELOPMENT DEPT | $ 55.64 | $ 0.00 | $ 0.41 |
| 1 | DELL FINANCIAL SERVICES, LLC | $ 471.94 | $ 0.00 | $ 3.53 |
| 3 | TANISHA JOHNSON | $ 372,700.00 | $ 0.00 | $ 2,789.26 |
| 6 | SOUTHERN CALIFORNIA EDISON COMPANY | $ 18,523.26 | $ 0.00 | $ 138.63 |
| 7 | ULINE | $ 1,346.80 | $ 0.00 | $ 10.08 |
| 9 | RAYMOND HANDLING SOLUTIONS, INC. | $ 1,368.31 | $ 0.00 | $ 10.24 |
| 11 | GMA PALLET RECYCLING CORP. | $ 22,407.15 | $ 0.00 | $ 167.69 |
| 14 | AVL STAFFING | $ 996.70 | $ 0.00 | $ 7.46 |
| 16 | WW GRAINGER, INC | $ 597.34 | $ 0.00 | $ 4.47 |
| 18 | SHERWIN WILLIAMS | $ 693.98 | $ 0.00 | $ 5.19 |
| 20 | FEDEX CUSTOMER INFORMATION SERVICES | $ 278.47 | $ 0.00 | $ 2.08 |
| 22 | AETNA | $ 22,670.00 | $ 0.00 | $ 169.66 |
| 23 | HARTFORD FIRE INSURANCE COMPANY | $ 36,871.60 | $ 0.00 | $ 275.94 |
| 24 | SPECTRUM LIFTS | $ 793.40 | $ 0.00 | $ 5.94 |
| 25 | CONCENTRA MEDICAL CENTERS | $ 61.00 | $ 0.00 | $ 0.46 |
| 38 | TED F. FERRANTI TRUCKING LLC | $ 6,684.94 | $ 0.00 | $ 50.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 39 | PALLETS ARE US | $ 6,800.00 | $ 0.00 | $ 50.89 |
| 40 | VERIZON CALIFORNIA | $ 305.00 | $ 0.00 | $ 2.28 |
| 41 | PITNEY BOWES | $ 238.77 | $ 0.00 | $ 1.79 |
| 42 | GENERAL ELECTRIC CAPITAL CORP | $ 210,379.30 | $ 0.00 | $ 1,574.47 |
| 43 | LEAF FUNDING, INC. | $ 674.88 | $ 0.00 | $ 5.05 |
| 49 | FORKLIFTS UNLIMITED | $ 3,224.53 | $ 0.00 | $ 24.13 |
| 50 | ALCON TRANSPORT INC. | $ 10,277.50 | $ 0.00 | $ 76.92 |
| 51 | SOUTHERN CALIFORNIA EDISON COMPANY | $ 624.74 | $ 0.00 | $ 4.68 |
| 53 | ARTS FORKLIFT REPAIR INC. | $ 2,178.63 | $ 0.00 | $ 16.30 |
| 54 | SELECT STAFFING | $ 225,641.85 | $ 0.00 | $ 1,688.69 |
| 55 | MUNDELL ODLUM & HAWS LLP | $ 3,888.40 | $ 0.00 | $ 29.10 |
| 56 | ALLIED PACKAGING CORP | $ 6,010.40 | $ 0.00 | $ 44.98 |
| 57 | FREEWAY TRADING CORP. | $ 2,405.20 | $ 0.00 | $ 18.00 |
| 59 | ENERSYS INC. | $ 767.23 | $ 0.00 | $ 5.74 |
| 60 | INTERCEPT MOBILE PATROL INC | $ 4,899.59 | $ 0.00 | $ 36.67 |
| 61 | PERSONAL PLUS, INC. | $ 139,392.86 | $ 0.00 | $ 1,043.21 |
| 62 | PERSONAL PLUS, INC. | $ 84,392.86 | $ 0.00 | $ 631.59 |
| 63 | CARMEN LUCAS | $ 125,000.00 | $ 0.00 | $ 935.49 |
| 64 | MELISSA FAVELA | $ 125,000.00 | $ 0.00 | $ 935.49 |
| 65 | KELLY RIVERA | $ 125,000.00 | $ 0.00 | $ 935.49 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 66 | JOHN DALTON | $ 51,173.50 | $ 0.00 | $ 382.98 |
| 67 | JASON OLIVER | $ 6,030.00 | $ 0.00 | $ 45.13 |
| 68 | MARIA MARROW | $ 125,000.00 | $ 0.00 | $ 935.49 |
| 69 | PHILIP KAY | $ 12,475.49 | $ 0.00 | $ 93.37 |
| 71B | MPOWER COMMUNICATIONS CORP | $ 8,423.53 | $ 0.00 | $ 63.04 |
| 72C | AARON COURON | $ 1,589.71 | $ 0.00 | $ 11.91 |
| 73 | COUNTY OF SAN BERNARDINO | $ 3,165.09 | $ 0.00 | $ 23.70 |
| 74 | LEAF FUNDING INC | $ 8,335.59 | $ 0.00 | $ 62.38 |

Total to be paid to timely general unsecured creditors       $ 13,321.19

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 106.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | FRANCHISE TAX BOARD | $ 106.35 | $ 0.00 | $ 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Prepared By: John P. Pringle
Chapter 7 Trustee

*JOHN P. PRINGLE*
*6055 E. Washington Blvd*
*Suite 500*
*Los Angeles, CA  90040*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.